IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY JONES,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| KEMPER DIRECT *et al.*,<br>*Defendants* | : | NO. 20-6267 |

### ORDER

AND NOW, this 1st day of March, 2021, upon consideration of the Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 3), Plaintiff's Response in Opposition to the Motion (Doc. No. 4), and Defendants' Reply in Further Support of their Motion (Doc. No. 5), it is hereby **ORDERED** that:

1. The Motion (Doc. No. 3) is **GRANTED WITHOUT PREJUDICE**.[1]

2. Plaintiff is **GRANTED** leave to file an amended complaint within 45 days of entry of this Order.

3. Counsel for the parties shall provide the Court with a written joint status report within 30 days of the date of this Order.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] To the extent counsel for Kemper Direct also seeks to represent all defendant entities, counsel is directed to file notices of appearance on behalf of Kemper Preferred and Kemper Specialty.